UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, and others,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE L. FAJARDO,<br><br>Defendant. | Case No. 13-cv-01519 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 8, 9 |

Plaintiffs filed a motion seeking to continue the case management conference scheduled for July 3, 2013 in order to move for default judgment against defendants. Defendant has not appeared in this action, and the clerk's office has entered default against him. Dkt. No. 7. The Court GRANTS plaintiffs' motion and CONTINUES the case management conference to September 4, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs must move for default judgment by August 28, 2013.

IT IS SO ORDERED.

Date: July 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge