1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

BOARD OF TRUSTEES OF THE BAY
AREA ROOFERS HEALTH & WELFARE
TRUST FUND, and others,

            Plaintiffs,

     v.

GEORGE L. FAJARDO,

            Defendant.

Case No. 13-cv-01519 NC

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

    The case management conference is continued to November 6, 2013 at 10:00 a.m. in

Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

California.

    IT IS SO ORDERED.

    Date: September 3, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge