# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, and others,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE L. FAJARDO, individually and doing business as AMERICAN EAGLE ENVIRONMENTAL,<br><br>Defendant. | Case No. 13-cv-01519 NC<br><br>**ORDER VACATING HEARING AND ORDERING PLAINTIFF TO RESUBMIT DECLARATION SUPPORTING REQUEST FOR ATTORNEYS FEES**<br><br>Re: Dkt. No. 13 |

The Court finds Plaintiffs' motion for default judgment appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for October 9, 2013, is VACATED. Because Plaintiffs included attendance at the hearing in their calculation of attorney's fees, the Court ORDERS Plaintiffs within 7 days to resubmit their declaration supporting the award of attorney's fees, making appropriate reductions in light of the fact that the hearing is vacated.

1  IT IS SO ORDERED.

2  Date:  October 4, 2013

3  _____
   Nathanael M. Cousins
4  United States Magistrate Judge

Case No. 13-cv-01519 NC
ORDER VACATING HEARING                    2